# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMIE COPE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **Civil Action No.: CIV-13-300-C** |
| ) | |
| COMMERCIAL RECOVERY ) | |
| SYSTEMS, INC., ) | |
| ) | |
| and ) | |
| ) | |
| JOHN DOES 1-5, individually and on ) | |
| behalf of Commercial Recovery ) | |
| Systems, Inc. ) | |
| ) | |
| Defendants ) | |

## CLERK'S ENTRY OF DEFAULT

Upon request of Plaintiff, JAMIE COPE, to the Clerk of Court to enter default against Defendant, COMMERCIAL RECOVERY SYSTEMS, INC., pursuant to Federal Rule of Civil Procedure 55(a), and it appearing from the record that Defendant failed to appear, plead or otherwise defend, the default of Defendant, COMMERCIAL RECOVERY SYSTEMS, INC., is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 20th day of December, 2013.

Robert D. Dennis, Clerk

By: s/ Linda Goode
Deputy Clerk