IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMIE COPE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number CIV-13-300-C |
| ) | |
| COMMERCIAL RECOVERY SYSTEMS, ) | |
| INC., and JOHN DOES 1-5, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On June 20, 2014, the Court Ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute. In response, Plaintiff states that she has been notified that Defendant Commercial Recovery Systems has filed bankruptcy in the Eastern District of Texas. Plaintiff has filed a proof of claim in that proceeding. Plaintiff requests the Court stay this proceeding pending resolution of the bankruptcy case.

Based on these representations of counsel, the Court finds that Plaintiff has satisfied the Show Cause Order. Additionally, it is hereby ordered that the Clerk administratively terminate this action in her records without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation, within (20) days after the termination of the bankruptcy proceeding.

IT IS SO ORDERED this 11th day of July, 2014.

ROBIN J. CAUTHRON
United States District Judge